AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| SANTOS ISABEL PADILLA-ROSALES, | ) | Case No.  12-8382-JMH |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by _____ D.C.

SEP 24 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   September 22, 2012   in the county of   Palm Beach   in the
Southern  District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | an alien, having previously been removed and deported from the United States on April 25, 2008, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557) having expressly consented to such alien reapplying for admission to the United States. |

This criminal complaint is based on these facts:
See attached affidavit of ICE Deportation Officer Andy Korzen.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ICE Deportation Officer Andy Korzen
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   09/24/2012

_____
*Judge's signature*

City and state:   West Palm Beach, Florida        U.S. Magistrate Judge James M. Hopkins
*Printed name and title*

## UNITED STATES v. SANTOS ISABEL PADILLA-ROSALES
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in numerous investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Santos Isabel PADILLA-ROSALES committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about September 22, 2012, Santos Isabel PADILLA-ROSALES was arrested in Palm Beach County, Florida on charge of simple battery. Police had responded to a call from a woman who stated she was PADILLA-ROSALES's girlfriend and that he became angry with her that night, that he was intoxicated and that he grabbed her by her hair, that she fell down and PADILLA-ROSALES kicked her. The investigating officer, Deputy Sheriff Cooper, noted several injuries on the complainant. PADILLA-ROSALES was booked and detained at the Palm Beach County Jail. Upon booking, his

1

fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States under alien number A088 174 677.

4. On or about September 24, 2012, at the Palm Beach County Jail, Immigration Enforcement Agent Samuel Torres took a sworn statement from Santos Isabel PADILLA-ROSALES. Post-*Miranda,* Santos Isabel PADILLA-ROSALES admitted to being a citizen of Honduras. He further admitted to last entering into the United States in 2010 after being deported from the United States in April of 2008. Santos Isabel PADILLA-ROSALES also admitted that he did not seek permission from the U.S. government to re-enter the United States.

5. On or about September 24, 2012, your affiant received copies from the immigration alien file bearing control number A088 174 677 corresponding to Santos Isabel PADILLA-ROSALES. Records within this alien file assigned to Santos Isabel PADILLA-ROSALES show that he is a native and citizen of Honduras. Records further show that on or about March 25, 2007, Santos Isabel PADILLA-ROSALES was ordered removed from the United States. The Orders of Removal were executed on or about April 17, 2007 and again on April 25, 2008, whereby Santos Isabel PADILLA-ROSALES was removed from the United States to Honduras each time.

6. Additional records obtained by your affiant show, that on or about April 3, 2008, in the United States District Court, Southern District of Texas, Santos Isabel PADILLA-ROSALES was convicted of illegal entry.

7. Your affiant performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Santos Isabel PADILLA-ROSALES filed an application for permission to reapply for admission into the United States after deportation or removal. After a diligent search was performed in that database system, no record was found to exist indicating that Santos Isabel PADILLA-ROSALES obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law. Certificate of Non-Existence of Record has been requested from Bureau of Citizenship and Immigration Services.

8. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about September 22, 2012, Santos Isabel PADILLA-ROSALES, an alien who has previously been deported and removed from the United States, was found in the United States without having received

the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this 24 day of September, 2012.

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 12-8382-JMH

UNITED STATES OF AMERICA

vs.

SANTOS ISABEL PADILLA-ROSALES,

**Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?    _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   _____ Yes   __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
LAUREN JORGENSEN
ASSISTANT UNITED STATES ATTORNEY
FL Bar No. 726885
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
Lauren.Jorgensen@usdoj.gov